IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | CASE NO. 3:15 CR 358-03 |
| Plaintiff | Judge Jack Zouary<br>Magistrate Judge James R. Knepp, II |
| v. | ORDER OF DETENTION |
| Asif Ahmed Salim, | |
| Defendant | |

The above matter came before the Court on November 25, 2015, pursuant to Rule 46(a) of the Federal Rules of Criminal Procedure. Defendant was present at the hearing and represented by Attorney Charles E. Boyk, and the Government was represented by Matthew Shepherd, Assistant U.S. Attorney. Defendant, in open court and after consultation with counsel, waived his right to a detention hearing and consented that he be held without bail pursuant to Title 18 U.S.C. Section 3142(e) and (I). Defendant reserves the right to revisit the issue of a detention hearing at a later time.

The Court also finds that Defendant, Asif Ahmed Salim, shall be committed to the custody of the United States Attorney General, or a designated representative, for confinement to a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Further, the Court directs that Defendant be afforded reasonable opportunity for private consultation with his counsel while in custody. On order of the Court or the request of the attorney for the United States, the person in charge of the corrections

facility shall deliver Defendant to the United States Marshal for purposes of an appearance in connection with the court proceeding.

**IT IS SO ORDERED**.

**SIGNED and ENTERED** on this 25th day of November, 2015.

 s/ James R. Knepp, II
James R. Knepp, II
UNITED STATES MAGISTRATE JUDGE
