IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                     Case No. 3:15cr358

       Plaintiff

-v-                                            ORDER

Asif Ahmed Salim,

       Defendant

On October 22, 2018, the government orally moved to dismiss Counts 1, 2, and 4 of the Indictment. There being no objection, it is hereby ordered that the Government's motion to dismiss is granted. Counts 1, 2, and 4 of the Indictment are dismissed as to Asif Ahmed Salim.

                                                  s/ Jeffrey J. Helmick
                                                  United States District Judge